

# Fourth Court of Appeals
## San Antonio, Texas

April 9, 2018

No. 04-18-00120-CV

IN THE INTEREST OF E.H.S.,

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-17261
The Honorable Angelica Jimenez, Judge Presiding

## O R D E R

In response to our order, appellant has filed a written response with proof that the clerk's fee for preparation of the clerk's record has been paid. We therefore ORDER the trial court clerk to file the clerk's record on or before **May 9, 2018.**

Further, court reporter Judy Mata has filed a notification of late reporter's record requesting an extension of thirty days in order to prepare the reporter's record. We grant her request and ORDER Judy Mata to file the reporter's record on or before **May 9, 2018.**

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of April, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court